**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROMAN PERALES, | |
| Plaintiff, | Case No. 25-cv-2032 (JMC) |
| v. | |
| SCOTT S. HARRIS, *in his official capacity as Clerk of the United States Supreme Court*, *et al.*, | |
| Defendants. | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Plaintiff's motion for leave to file a surreply, ECF 19, is **DENIED**; it is further

**ORDERED** that Plaintiff's motion to extend the time to perfect service, ECF 12, is **DENIED**; and it is further

**ORDERED** that Defendants' motion to dismiss, ECF 9, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: May 29, 2026

1